UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANA CHERI MORELAND, et al.,<br><br>                                *Plaintiffs*,<br><br>  - against -<br><br>ATWELLS REALTY CORP. d/b/a CLUB DESIRE, et al.<br><br>                                *Defendants*. | Case No. 19-cv-493 (JJM) (PAS) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between the undersigned, that all claims in this action against each defendant are hereby dismissed and discontinued with prejudice and without attorneys' fees, expenses and costs to any party.

**THE CASAS LAW FIRM, P.C.**

/s/ John V. Golaszewski
John V. Golaszewski
1740 Broadway, 15th Floor
New York, New York 10019
T: 646.872.3178
*Attorneys for Plaintiffs*
*Admitted pro hac vice*

And

/s/ Paul Sullivan
Paul V. Sullivan, #5712
Sullivan Law Offices, PC
33 Broad Street, Suite 302
Providence, RI  02903
Tel: (401) 861-9900
Fax: (401) 861-9977
psullivan@psullivanlaw.com

**MORRISON MAHONEY LLP**

/s/ Mark T. Nugent
Mark T. Nugent
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903
T: 401.331.4660
*Attorneys for Defendants*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2020, the foregoing was electronically filed with the U.S. District Court Clerk, District of Rhode Island, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ John V. Golaszewski